## JOHN JACOB ASTOR, RAMSAY CROOKS AND ROBERT STUART *versus* LOUIS CAMPAU, JR.

JOURNAL ENTRIES (1824–27): *Journal 3:* (1) Motion to quash writ *p. 477; (2) motion to quash writ *p. 485; (3) motion argued *p. 491; (4) motion

overruled, recognizance *p. 510. *Journal 4:* (5) Issue ordered sent to circuit court for trial MS p. 34; (6) issue ordered sent to circuit court for trial MS p. 140.

PAPERS IN FILE: [None]

*1824–36 Calendar,* MS p. 11.